Orless STEMLEY, Appellant,

v.

TWELVE TEN CORPORATION, former-
ly General Elevator Engineering
Company, Respondent.

No. 49278.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 16, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 17, 1985.

Jonathan W. Belsky, Clayton, for appel-
lant.

Stephen Jeffrey Potter, St. Louis, for
respondent.

### ORDER

PER CURIAM:

Civil action in tort, seeking damages for
personal injury. Petition dismissed.

Judgment affirmed. Rule 84.16(b)